UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GARY SUTTLES,                    )<br>                                               )<br>            Plaintiff,               )<br>                                               )<br>     v.                                     )<br>                                               )<br> NANCY A. BERRYHILL, in her   )<br> official capacity as Acting Commissioner   )<br> of the Social Security Administration,   )<br>                                               )<br>            Defendant.            )<br>                                               ) | Civil Action No. 4:17-cv-514 |

**JOINT MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE**

This Court has scheduled an initial conference for May 18, 2018.  ECF No. 21.  Under the terms of its earlier order, ECF No. 11, the parties are required to meet and confer and file the report required by Federal Rule of Civil Procedure 26(f) no less than ten days before that conference.  The parties previously informed the Court that they had reached an agreement in principle to settle this case without further judicial intervention.  ECF Nos. 12, 14, 16, 19.  The parties have now executed a settlement agreement that calls for the dismissal of this case in the next several days.

In the interim, the parties do not believe that the interests of justice or judicial economy would be well served by holding the initial conference as scheduled or requiring the submission of the 26(f) report.  The parties therefore respectfully request that the scheduled conference be continued indefinitely.

                                        Respectfully submitted,

                                        CHAD A. READLER
                                        Acting Assistant Attorney General

1

RYAN K. PATRICK
United States Attorney

JOSHUA E. GARDNER
Assistant Director, Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
New York Bar No. 5163498
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendant*

and

GIBBS & ASSOCIATES LAW FIRM, LLC
*/s/ Seth J. Kraus*
Seth Kraus (OBN: 0084003)
5412 Courseview Dr., Suite 122
Mason, OH 45040
Office: 513-234-5545
Facsimile: 888-500-4638
skraus@gibbs-lawfirm.com

*Counsel for Plaintiff*

Dated: May 8, 2018