# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| GARY SUTTLES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, in her )<br>official capacity as Acting Commissioner )<br>of the Social Security Administration, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 4:17-cv-514 |

## [PROPOSED] ORDER

The parties' joint motion is hereby **GRANTED** and it is **ORDERED** that this scheduling conference for this case be continued indefinitely.

Dated this _____ day of _____, 2018.

_____
Alfred H. Bennett
United States District Judge