United States District Court
Southern District of Texas
**ENTERED**
May 10, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GARY SUTTLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 4:17-cv-514 |
| ) | |
| NANCY A. BERRYHILL, in her ) | |
| official capacity as Acting Commissioner ) | |
| of the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

[PROPOSED] **ORDER**

The parties' joint motion is hereby **GRANTED** and it is **ORDERED** that this scheduling conference for this case be continued indefinitely.

Dated this _____ day of MAY 0 9 2019 , 2018.

_____
Alfred H. Bennett
United States District Judge