UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GARY SUTTLES, Administrative Law Judge,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, in her official capacity as Acting Commissioner of the Social Security Administration,<br><br>Defendant. | **Civil Case No.: 4:17-cv-514** |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)

Plaintiff Gary Suttles ("Suttles") and Defendant Nancy A. Berryhill, in her official capacity as Acting Commissioner of the Social Security Administration ("SSA"), by and through their counsel, hereby stipulate and agree to the following.

WHEREAS, Suttles and SSA have entered into a settlement agreement which resolves the differences with respect to all matters in dispute before this Court,

The parties hereby agree that, pursuant to Federal Rule of Civil Procedure 41(a), all claims in this case shall be dismissed with prejudice. Each party will bear all its own attorneys' fees and costs in this case.

Dated:  May 31, 2018                        Respectfully submitted,

                                            GIBBS & ASSOCIATES LAW FIRM, LLC

                                            By: */s/ Seth Kraus*
                                                SETH KRAUS
                                                Ohio Bar No. 0084003
                                                Gibbs & Associates Law Firm, LLC
                                                5412 Courseview Drive, Suite 122

        Mason, Ohio 45040
        skraus@gibbs-lawfirm.com
        Telephone: 513-234-5545
        Facsimile: 888-500-4638

        Counsel for Plaintiff GARY SUTTLES

Dated: May 31, 2018        Respectfully submitted,

        CHAD A. READLER
        Acting Assistant Attorney General

        RYAN K. PATRICK
        United States Attorney

        JOSHUA E. GARDNER
        Assistant Director, Federal Programs Branch

By: */s/ James Bickford*
        JAMES BICKFORD
        New York Bar No. 5163498
        Trial Attorney, U.S. Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue, NW
        Washington, DC 20530
        James.Bickford@usdoj.gov
        Telephone: (202) 305-7632
        Facsimile: (202) 616-8470

        Counsel for Defendant
        NANCY A. BERRYHILL, in her official
        capacity as Acting Commissioner of the
        Social Security Administration

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2018, a copy of the foregoing Joint Stipulation of Voluntary Dismissal with Prejudice Pursuant to Rule 41(a) was filed electronically via the Court's ECF system, which effects service upon all counsel of record.