UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GARY SUTTLES, Administrative Law Judge,<br><br>           Plaintiff,<br><br>           v.<br><br>NANCY A. BERRYHILL, in her official capacity as Acting Commissioner of the Social Security Administration,<br><br>           Defendant. | Civil Case No.: 4:17-cv-514 |

## ORDER DISMISSING COMPLAINT WITH PREJUDICE

In light of the joint stipulation of dismissal between Plaintiff Gary Suttles and Defendant Nancy A. Berryhill, in her official capacity as Acting Commissioner of the Social Security Administration, the Court hereby **ORDERS** that the Complaint in this action be **DISMISSED** with prejudice. Each party will bear all its own attorneys' fees and costs in this case.

Dated this _____ day of _____, 2018

_____
Alfred H. Bennett
United States District Judge